

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

    Re:    *United States v. Gregory Gumucio*,
             S1 23 Cr. 595 (JPC)

Dear Judge Cronan:

    At the initial conference in the above-captioned case in November 2023, the Court directed the parties to submit a status update letter on or before January 5, 2024. The parties respectfully and jointly submit this letter to advise the Court that the parties have reached an agreement in principle, and the defense is currently reviewing a written plea offer. If it is acceptable to the Court, the parties jointly propose to contact Your Honor's Chambers within two weeks (*i.e.*, by January 17, 2024) regarding next steps and scheduling.

    Please let us know if any further information would be useful at this time.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney
                      Southern District of New York

By: _____
     Michael D. Neff
     Assistant United States Attorney
     (212) 637-2107

cc:    Marne L. Lenox, Esq. (by ECF)
       Michael Arthus, Esq. (by ECF)