**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

September 24, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Gregory Gumucio</u>
      **23 Cr. 595 (JPC)**

Dear Judge Cronan:

We represent Gregory Gumucio in the above-captioned matter. Mr. Gumucio currently resides in the District of Colorado. We write to respectfully request a modification of Mr. Gumucio's bail conditions to permit airport travel for court appearances in the Southern District of New York, including travel to connecting airports between Colorado and New York. The government consents to this request; Pretrial Services does not object.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Michael Arthus, Esq.

*Counsel for Gregory Gumucio*

cc:   Counsel of record

**SO ORDERED:** The request is granted. Mr. Gumucio's bail conditions are modified to permit airport travel for court appearances in this District, including travel to connecting airports between Colorado and New York.

_____
**THE HONORABLE JOHN P. CRONAN**
United States District Judge