# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2025

**Defendants' request is granted. Pretrial Services is respectfully directed to release the travel documents belonging to Gregory Gumucio and Haven Soliman. The Clerk of Court is respectfully directed to close Dkt. 277.**

**SO ORDERED**
**November 10, 2025**

*/s/ JOHN P. CRONAN*
United States District Judge

**BY ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Gregory Gumucio**
      **23 Cr. 595 (JPC)**

Dear Judge Cronan:

I write, with the consent of counsel for Haven Soliman in the above-captioned matter, to respectfully request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Gregory Gumucio and Haven Soliman's passports/travel documents directly to the Federal Defenders of New York.

Mr. Gumucio and Ms. Soliman's passports/travel documents were provided to Pretrial Services when they first began pretrial supervision in 2022. On June 30, 2025, the Court sentenced Mr. Gumucio to 48 months' incarceration with three years of supervised release. Mr. Gumucio voluntarily surrendered to his designated facility on November 3, as directed. On August 25, the Court sentenced Ms. Soliman principally to time served with one year of supervised release, with the first six months to be served on home detention.

Pretrial Services requires a Court order to release Mr. Gumucio and Ms. Soliman's travel documents. Accordingly, Mr. Gumucio respectfully requests the Court order Pretrial Services to release Mr. Gumucio and Ms. Soliman's passport/travel documents to the Federal Defenders of New York.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Gregory Gumucio*

cc:   Counsel of record